**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NORMA JEAN JOHNSON** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-00197-BSM**

**UNITED STATES ATTORNEY**
**Jonathan Ross** **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 11th day of August, 2026.

Brian S. Miller

UNITED STATES DISTRICT JUDGE